IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.	No. 03-20440 B

WILL EARNEST REDMOND,
    Defendant.

## ORDER CONTINUING SENTENCING

This matter came to be heard upon the Defendant's Motion to Continue Sentencing, and upon the record as a whole, from all of which it appears to the Court and the Court finds that Defendant's motion is well taken and that the matter should be set on __28th__ day of __April__, 2005.

IT IS SO ORDERED, this __13th__ day of APRIL, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __4-13-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CR-20440 was distributed by fax, mail, or direct printing on April 14, 2005 to the parties listed.

---

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT