IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JE_

05 APR 18 PM 12: 20

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cr. No. 03-20440-B |
| vs. ) | |
| ) | |
| WILL EARNEST REDMOND, SR. ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING SENTENCING DATE RE-SET

The United States has moved to re-set the sentencing date of April 28, 2005.

The new date will be set by the Court Clerk on or after May 1, 2005.

For good cause shown, it is so **ORDERED** this 18th day of April, 2005.

J. DANIEL BREEN
United States District Judge

Approved:

CAMILLE R. MCMULLEN, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-18-05

48

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CR-20440 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT