IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                                          CR. NO. 03-20440-B

WILL REDMOND,

    Defendant.

## ORDER SETTING ASIDE ORDER TO SURRENDER

It is hereby ordered that the ORDER TO SURRENDER entered in this cause on 7-15-2005, for good cause shown, is hereby set aside as improvidently entered.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE
DATED: July 18, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:03-CR-20440 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT